IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WARNER BROS. ENTERTAINMENT INC.,     Case No. 6:09-cv-1906-ORL-18KRS
DC COMICS, NIKE, INC., SANRIO, INC.
and DISNEY ENTERPRISES, INC.

        Plaintiffs,
vs.

JJ GENERAL MERCHANDISE LLC d/b/a
JJ Discount, HEMCHANDER LALL d/b/a
JJ Discount and SITIR LALL d/b/a JJ Discount,

        Defendants.
_____/

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later then eleven days after appearance of the party.

Dated: December 1, 2009         /s/ Stephanie Boomershine
        Stephanie Boomershine
        Florida Bar No.: 0046667
        Michael W. O. Holihan
        Florida Bar No.: 0782165
        Holihan Law
        1101 North Lake Destiny Road, Suite 275
        Maitland, Florida 32751
        Telephone: 407-660-8575
        Fax: 407-660-0510
        stephanie.boomershine@holihanlaw.com
        Attorneys and Trial Counsel for Plaintiffs