# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:09CV1906-ORL-18KRS

Plaintiff:
**Warner Bros. Entertainment Inc; DC Comics; Nike, Inc.; Sanrio, Inc;
And Disney Enterprises, Inc.**
vs.
Defendant:
**JJ General Merhandise, LLC d/b/a JJ Discount, Hemchander Lall
d/b/a JJ Discount and Sitir Lall d/b/a JJ Discount**

For:
Michael W.O. Holihan
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, FL 32751

Received by Alliance Process, Inc. on the 2nd day of December, 2009 at 10:03 pm to be served on **Hemchander Llal, 2070 East Osceola Parkway, #105, Kissimmee, FL 34743**.

I, Scott Walls, do hereby affirm that on the **3rd day of December, 2009** at **9:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Sitir Llal** as **Spouse**, a person employed therein and authorized to accept service for **Hemchander Llal** at the address of: **2070 East Osceola Parkway, #105, Kissimmee, FL 34743**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Scott Walls**
Process Server

**Alliance Process, Inc.**
**P.O. Box 547388**
**Orlando, FL 32854-5811**
**(407) 298-5811**

Our Job Serial Number: 2009000157
Ref: 2009010469

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### MIDDLE   District of   FLORIDA

WARNER BROS. ENTERTAINMENT INC., DC
COMICS, NIKE, INC., SANRIO, INC. and
DISNEY ENTERPRISES, INC.,                                       **SUMMONS IN A CIVIL CASE**

v.

JJ GENERAL MERCHANDISE LLC d/b/a JJ
DISCOUNT, HEMCHANDER LALL d/b/a JJ           CASE NO: 6:09CV1906-ORL-19LRS
DISCOUNT and SITIR LALL d/b/a JJ DISCOUNT

TO: (Name and address of Defendant)

Hemchander Lall       or          2070 East Osceola Parkway, # 105
201 Alydar Ct                             Kissimmee, FL 34743
Orlando, FL 32824                                    or
                                          7800 South Highway 17-92
                                          Fern Park, FL 32730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W.O. Holihan
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, FL 32751

an answer to the complaint which is served on you with this summons, within ____20____ days after service of
this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action
must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

_____                NOV - 9 2009
CLERK
                                         _____
_____                DATE
(By) DEPUTY CLERK