# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:09CV1906-ORL-18KRS

Plaintiff:
**Warner Bros. Entertainment Inc; DC Comics; Nike, Inc.; Sanrio, Inc; And Disney Enterprises, Inc.**

vs.

Defendant:
**JJ General Merhandise, LLC d/b/a JJ Discount, Hemchander Lall d/b/a JJ Discount and Sitir Lall d/b/a JJ Discount**

For:
Michael W.O. Holihan
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, FL 32751

Received by Alliance Process, Inc. on the 2nd day of December, 2009 at 10:03 pm to be served on **Sitir Llal, 2070 East Osceola Parkway, #105, Kissimmee, FL 34743**.

I, Scott Walls, do hereby affirm that on the **3rd day of December, 2009** at **9:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Sitir Llal** at the address of: **2070 East Osceola Parkway, #105, Kissimmee, FL 34743**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Scott Walls
Process Server

Alliance Process, Inc.
P.O. Box 547388
Orlando, FL 32854-5811
(407) 298-5811

Our Job Serial Number: 2009000158
Ref: 2009010470

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

WARNER BROS. ENTERTAINMENT INC., DC COMICS, NIKE, INC., SANRIO, INC. and DISNEY ENTERPRISES, INC.,

v.

JJ GENERAL MERCHANDISE LLC d/b/a JJ DISCOUNT, HEMCHANDER LALL d/b/a JJ DISCOUNT and SITIR LALL d/b/a JJ DISCOUNT

**SUMMONS IN A CIVIL CASE**

CASE NO: 6:09CV1906-ORL-18KRS

TO: (Name and address of Defendant)

Sitir Lall
201 Alydar Ct
Orlando, FL 32824

or

2070 East Osceola Parkway, # 105
Kissimmee, FL 34743

or

7800 South Highway 17-92
Fern Park, FL 32730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael W.O. Holihan
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, FL 32751

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK

NOV - 0 2009

DATE